FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Dynamic Drinkware, LLC    v.   National Graphics, Inc.

No. 2015-1214

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se     ☒ As counsel for:   National Graphics, Inc.
                                  Name of party

I am, or the party I represent is (select one):

☐ Petitioner    ☐ Respondent    ☐ Amicus curiae    ☐ Cross Appellant
☐ Appellant     ☒ Appellee      ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant     ☐ Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Michael T. Griggs |
| Law firm: | Boyle Fredrickson, S.C. |
| Address: | 840 N. Plankinton Ave. |
| City, State and ZIP: | Milwaukee, Wisconsin 53203 |
| Telephone: | 414-225-9755 |
| Fax #: | 414-225-9753 |
| E-mail address: | mtg@boylefred.com |

Statement to be completed by counsel only (select one):

☒ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 6/26/2012

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes     ☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

| | |
|---|---|
| 1/12/15 | /s/ Michael T. Griggs |
| Date | Signature of pro se or counsel |

cc: Matthew McClean